Frank T. HINES, Director of the United States Veterans' Bureau, and James W. Good, Secretary of War, Appellants, v. The UNITED STATES of America, ex rel. Robert C. EASTON, Appellee.

No. 5034.

Court of Appeals of District of Columbia.

Argued Jan. 7, 1930.

Reargued Feb. 3, 1930.

Decided March 3, 1930.

Leo A. Rover and W. W. Smith, both of Washington, D. C., for appellants.

E. S. Bailey and S. T. Ansell, both of Washington, D. C., for appellee.

R. L. Golze and O. R. McGuire, both of Washington, D. C., amicus curiæ, for the Comptroller General.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice.

The facts in this case are not ·materially different from those in the case just decided, 59 App. D. C. 267, 39 F.(2d) 517. For reasons stated in the opinion in that case, the judgment in this also is similarly modified and, as modified, affirmed.

Affirmed, as modified.